

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2020

No. 04-20-00097-CV

Yvonne **JACQUEZ** and The Estate of Victor Jacquez,
Appellants

v.

**NORTH CENTRAL BAPTIST HOSPITAL**, Baptist Health System, VHS San Antonio
Partners, LLC, and Tenet Healthcare Corporation,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-04112
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

The reporter's record is due on March 16, 2020. *See* TEX. R. APP. P. 35.1. Before the due date, court reporter Tracy Plummer filed a notice of late record and advised this court that Appellant has not paid the fee to prepare the reporter's record.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee.

If Appellant fails to respond within the time provided, Appellant must file a brief with this court within THIRTY DAYS of the date of this order, and the court will only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision." *See id.* R. 37.3(c).

If Appellant timely complies with this order, the reporter's record will be due FIFTEEN DAYS after Appellant files written proof showing compliance with this order. *See id.* R. 35.3(c) (limiting an extension of time to file the record in a regular appeal to thirty days).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2020.



MICHAEL A. CRUZ,
Clerk of Court